TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00734-CR

NO. 03-97-00118-CR

Jeffrey Scott Travis, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 0961309, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

PER CURIAM

 This appeal from a judgment of conviction for possession of cocaine was erroneously given
two cause numbers. Appellant has moved to dismiss the appeal. Tex. R. App. P. 59(b). The motion is
granted.

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: April 24, 1997

Do Not Publish